UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                Reply to Northern Division Address

March 26, 2003

Joseph T. Mallon, Jr.
Mallon & McCool, LLC
16 South Calvert Street, Suite 1002
Baltimore, Maryland 21202

                        Re    Case No. L 02-3919
Dear Counsel/Party            Haught v. White

    Your Affidavit of Service was received in paper format on 3/26/03   This document should have been filed electronically.

    ]    The document has been scanned and filed electronically   The paper copy is being returned to you.

    X]   A one time exception has been made and the paper document has been filed

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

    If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

    Please be advised that any future filings which are not made electronically may be returned to you.

                                    Very truly yours,

                                    /s/
                                    Evaleen Gibbons
                                    for
                                    Felicia C. Cannon, Clerk

cc:   Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov