UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANN L. HAUGHT, <br> 9130 Santa Rita Road <br> Baltimore, Maryland 21236 <br><br> Plaintiff, <br><br> v. <br><br> THOMAS E. WHITE, Secretary <br> DEPARTMENT OF THE ARMY <br> 101 Army Pentagon, N. W. <br> Washington, D. C. 20310-0101 <br><br> Defendant. | * <br> * <br> * <br> * <br> * C.A. No.: L-02-CV3919 <br> * <br> * <br> * <br> * |

## AFFIDAVIT OF SERVICE

I, Dorothy Kauffman, hereby certify pursuant to Maryland Rule 2-121(a) the following:

1. That on March 20, 2003, pursuant to Maryland Rule 2-121(a), I mailed a copy of the Summons and Complaint, in the above-captioned case by restricted delivery, certified mail and return receipt requested to John Ashcroft, U.S. Attorney General, Department of Justice, Room 4400, 10th Street and Constitution Ave., N.W., Washington, D. C., 20530

2. That the Summons and Complaint were received by Ernest L. Parker of the U.S. Attorneys General's Office on March 25, 2003, as evidenced by the signature on the original return receipt, which is attached hereto and prayed to be made a part hereof.

3. That the undersigned, further certifies, that she is a competent private person, over eighteen (18) years of age and is not a party to this action.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Dorothy Kauffman, Secretary
Mallon & McCool, LLC
16 South Calvert Street
Suite 1002
Baltimore, Maryland 21202
Phone: (410) 727-7887



3/20
Re: Haught

**LON & McCOOL LLC**
Attorney at Law
16 South Calvert Street
Suite 1002
Baltimore, Maryland 21202



John Ashcroft
U.S. Attorney General
Department of Justice
Room 4400
10th Street and Constitution Ave., N.W.
Washington, D.C.  20530