## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ANN L. HAUGHT, <br> 9130 Santa Rita Road <br> Baltimore, Maryland 21236 | * <br><br> * |
| **Plaintiff,** | * |
| v. <br> **THOMAS E. WHITE, Secretary** <br> **DEPARTMENT OF THE ARMY** <br> 101 Army Pentagon, N. W. <br> Washington, D. C.  20310-0101 <br> **Defendant.** | * **C.A. No.: L-02-CV3919** <br><br> * <br><br> * <br><br> * |

### AFFIDAVIT OF SERVICE

I, Dorothy Kauffman, hereby certify pursuant to Maryland Rule 2-121(a) the following:

1. That on March 20, 2003, pursuant to Maryland Rule 2-121(a), I mailed a copy of the Summons and Complaint in the above-captioned case, by certified mail and return receipt requested to: Thomas E. White, Secretary, Department of the Army, 101 Army Pentagon, N.W., Washington, D. C., 20310-0101.

2. That the Summons and Complaint were received by Thomas E. White on April 16, 2003, as evidenced by the signature on the original return receipt, which is attached hereto and prayed to be made a part hereof.

3. That the undersigned, further certifies, that she is a competent private person, over eighteen (18) years of age and is not a party to this action.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Dorothy Kauffman, Secretary
Mallon & McCool, LLC
16 South Calvert Street
Suite 1002
Baltimore, Maryland 21202
Phone: (410) 727-7887

dk/haught/0272/aff svc white/041803