

JTM/dke
4/10/03
Re: Haught 0272

.ON & McCOOL LLC
Attorneys at Law
South Calvert Street
Suite 1002
imore, Maryland 21202

Thomas E. White, Secretary
Department of the Army
101 Army Pentagon, N.W.
Washington, D.C. 20310-0101