IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANN L. HAUGHT, | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. WDQ-02-3919 |
| THOMAS E. WHITE, SECRETARY, U.S. DEPARTMENT OF THE ARMY, | : | |
| *Defendant*. | : | |

...o0o...

**STIPULATION AND ORDER EXTENDING TIME**

The parties, by their undersigned counsel, hereby stipulate and agree that the time within which Defendant may answer, move, or otherwise respond to the Complaint in this matter be extended until and including June 23, 2003.

MALLON & McCOOL, LLC                    Thomas M. DiBiagio
                                        United States Attorney

/ s /                                   / s /
Joseph T. Mallon, Jr.                   Neil R. White
Fed. Bar. No. 22878                     Assistant United States Attorney
16 South Calvert Street, Suite 1002     Fed. Bar. No. 24273
Baltimore, Maryland 21202               6625 U.S. Courthouse, 101 W. Lombard Street
(410) 727-7887                          Baltimore, Maryland 21201-2692
                                        (410) 209-4800

Counsel for Plaintiff                   Counsel for Defendant


IT IS SO ORDERED, THIS ___ DAY OF MAY 2003:


_____
WILLIAM D. QUARLES
UNITED STATES DISTRICT JUDGE