IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANN L. HAUGHT, | : |
| *Plaintiff,* | : |
| v. | :    Civil Action No. WDQ-02-3919 |
| THOMAS E. WHITE, SECRETARY, U.S. DEPARTMENT OF THE ARMY, | : |
| *Defendant.* | : |

...o0o...

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 29, 2003, a copy of the parties' Stipulation and Order Extending Time and this Certificate, which were filed electronically in this case on April 29, 2003, were mailed via first class mail, postage prepaid, to plaintiff's counsel:

> Joseph T. Mallon, Jr.
> MALLON & McCOOL LLC
> 16 South Calvert Street, Suite 1002
> Baltimore, Maryland 21202
> (410) 727-7887

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

Date: April 29, 2003      By: __/ s /_____
    Neil R. White
    Assistant United States Attorney
    Federal Bar No. 24273
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, MD 21201-2692
    (410) 209-4830 (phone)
    (410) 962-2310 (fax)