IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANN L. HAUGHT, | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. WDQ-02-3919 |
| HON. LES BROWNLEE, ACTING SECRETARY, U.S. DEPARTMENT OF THE ARMY, | : : | |
| | : | |
| *Defendant*. | | |

...o0o...

## MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Defendant, the Honorable Les Brownlee,[1] Acting Secretary of the United States Department of the Army, by Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Neil R. White, Assistant United States Attorney for said District, hereby moves to dismiss the Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), or for summary judgment pursuant to Fed. R. Civ. P. 56(c). In support thereof, Defendant states that Plaintiff fails to state a claim upon which relief may be granted, or alternatively, that the undisputed facts entitle him to judgment as a matter of law in this employment discrimination action because Plaintiff has not suffered an "adverse employment action" necessary to maintain claims of either gender or age discrimination.

The grounds supporting this Motion are set forth in greater detail in the accompanying memorandum of law, which is incorporated herein.

---

[1] On April 25, 2003, Thomas E. White ceased to be Secretary of the U.S. Department of the Army. Pursuant to Fed. R. Civ. P. 25(d)(1), until a replacement has been confirmed, the Acting Secretary of the Army, Les Brownlee, should be substituted as the sole defendant to this action.

WHEREFORE, Defendant respectfully requests that this Court either dismiss Plaintiff's Complaint in its entirety, with prejudice, or enter summary judgment in his favor as to both counts of the Complaint.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By:   \_\_\_\_/ s /_____
Neil R. White
Assistant United States Attorney
Fed. Bar No. 24273
6625 United States Courthouse
101 West Lombard Street
Baltimore,  Maryland  21201-2692
phone (410) 209-4830
fax (410) 962-2310

Of Counsel:
Thomas X. McHugh
Office of Counsel
U.S. Army Corps of Engineers, Pittsburgh District
William S. Moorhead Federal Building
1000 Liberty Avenue
Pittsburgh, Pennsylvania 15222
phone 412-395-7494