# DEPARTMENT OF DEFENSE

# OFFICE OF COMPLAINT INVESTIGATIONS

## TESTIMONY OF ANN HAUGHT

Taken on

January 30, 2002

U.S. Army Engineer District - Baltimore

Baltimore, Maryland

For The Record, Inc.
Waldorf, Maryland 20602
(301) 870-8025

Exhibit 1

10

1   situated employees who were treated more favorably than
2   you were.
3          MR. MCHUGH:  Just for the sake of expediency, I
4   have -- this is an extra copy of the counselor's report
5   and I don't know if you -- I take it you have all yours
6   tabbed.  I just tabbed them by fives, by the exhibit
7   numbers.  That might help the witnesses as we go along,
8   because I'm sure we'll be going to the various exhibits.
9   So that, Ms. -- anybody can use it.  There is nothing in
10  here, other than the original counselor's report.
11         THE INVESTIGATOR:  Okay.  Thank you.
12  Whereupon,
13                      **ANN L. HAUGHT**,
14  a witness, called for examination, having first been duly
15  sworn, was examined and testified as follows:
16                       **EXAMINATION**
17         BY THE INVESTIGATOR:
18      Q.  Ms. Haught, would you please state your full
19  name.
20      A.  Ann L. Haught.
21      Q.  Okay.  And what is your position, title, pay

11

```
 1    plan, occupational series, and grade?
 2         A.   I'm an executive secretary.  My series is a GS-
 3    318.  I'm a Grade 10, Step 10.  Is that all you asked me
 4    or --
 5         Q.   Uh-huh.
 6         A.   Okay.
 7         Q.   And how long have you been in that position?
 8         A.   I've been in the Executive Office for about 40
 9    years.  And the Grade 10 for about ten or 11.  I'm really
10    not quite sure.  It's somewhere in there.
11         Q.   And, organizationally, where specifically do
12    you work?
13         A.   In the Executive Office.
14         Q.   Of the?
15         A.   Right here in the Baltimore District.
16         Q.   Corps of Engineers?
17         A.   Corps of Engineers.  Yes.
18         Q.   Okay.  And how long have you worked for the
19    organization?
20         A.   I think it's 48 years.
21         Q.   Forty-eight years?
```

12

```
 1        A.   Yes.
 2        Q.   And would you please state your gender?
 3        A.   I am a female.
 4        Q.   And please state your age and your date of
 5   birth?
 6        A.   I'm 71.  I was born in February the 3rd, 1930.
 7   I tend to forget.
 8        Q.   And who are your first and second level
 9   supervisors?
10        A.   I just have one supervisor.
11        Q.   Okay.
12        A.   And that's Colonel Fiala, Charles Fiala, and he
13   is the district engineer here.
14        Q.   Okay.  Could you spell that, please?
15        A.   That's F-i-a-l-a.
16        Q.   F-i-a --
17        A.   -- a-l-a.
18        Q.   And he is the district engineer?
19        A.   Yes.
20        Q.   And you said he's a colonel?
21        A.   Yes.
```

15

1       That may be the best way to proceed, for what it's worth.
2               THE INVESTIGATOR:  Well, yeah.  Just --
3               THE WITNESS:  Go that way?
4               THE INVESTIGATOR:  Yeah.  Just explain about
5       your allegations.
6               THE WITNESS:  Okay.  And I did write three
7       things down.  Three dates -- four dates.
8               30 March, Colonel Berwick called me in.
9               BY THE INVESTIGATOR:
10      Q.   30 March?
11      A.   30 March, gee, 19 -- I don't have the date.
12              MR. MALLON:  '99.  1999.
13              THE WITNESS:  1990 what?
14              MR. MALLON:  Nine.
15              MR. MCHUGH:  Nine.
16              THE WITNESS:  1999.  Thank you.
17              BY THE INVESTIGATOR:
18      Q.   30 March 1999.  Okay.
19      A.   He called me in the office.  He had just come
20      back from a luncheon with his three deputies, shut the
21      door -- called me in, shut the door, said, "Sit down,

1   Ann," which I did. Then proceeded to say, "In view of my
2   husband's health" -- he's still living. He's fine. And
3   he has had --
4       Q.  Your -- he's referring to your husband?
5       A.  My husband. In view of my husband's health and
6   my children, he really thought that I should retire and
7   stay home and spend more time with my husband and
8   children, which shocked me because I consider myself an
9   excellent wife and mother. And that -- I didn't know
10  where he was coming from with that.
11      Q.  Okay.
12      A.  And -- I'm so nervous. Went on to say that he
13  wanted me to leave. He thought that we should go out
14  together, that I knew so many more people in the Corps of
15  Engineers than he did, and it would be a great, glorious
16  farewell, because he didn't know all that many people.
17  Don't ask me why. This is what the man said.
18          And then --
19      Q.  So he wanted you two to retire together?
20      A.  Yes. That's what he said, which -- then he
21  also said he didn't know who my new boss was -- was going

1   to be, and that he was really thinking it would be best
2   for me to leave.  He didn't want me to have any input as
3   to who my successor would be, nor did he -- would he have
4   any input.
5          And it went on like that.  And what were my
6   plans for retirement.  I'm absolutely embarrassed,
7   flabbergasted, and I really don't know what -- too much
8   of what I said, other than, well, I wasn't ready to
9   retire, pretty much.  And I said, "Please don't talk to
10  me about this anymore.  I don't want to hear you talk
11  like this."
12       Q.   Okay.  So then what happened?
13       A.   The next morning, he called me in again.  He
14  told me he was going to keep after me.  This wasn't going
15  to be the end of it.
16          The next morning he called me in again.  I had
17  talked to my family about what had happened to me.  And
18  we came to the conclusion it was none of his business
19  when I retired, as long as I was doing my work well, and
20  I was.  My performance was never discussed.  In fact, I
21  was given outstanding performance appraisals by him.

18

1  That I should retire when I was darn good and ready. And
2  that's exactly what I said to him, and I didn't want to
3  talk about it anymore, and I didn't.
4      Q.   Okay.
5      A.   And he said, "Well, you're going to hear from
6  me again." And sure enough, on the 11th of January, he
7  called me in again.
8      Q.   Okay. So were there any discussions between 30
9  March 1999 --
10     A.   No.
11     Q.   -- and 11 January 2000?
12     A.   No. No.
13     Q.   No? He never said anything to you after that?
14     A.   No, he didn't. Not to me.
15     Q.   All right.
16     A.   And then on the 11th of January, he called me
17  in again and again he hit me with I should retire. Not
18  based on work performance.
19          By this I'm thinking, is it because I'm a
20  woman? Is it because of my age? I don't know why. He
21  never said why. And that was in January.