| DEPARTMENT OF THE ARMY<br>JOB DESCRIPTION<br>For use of this form, see CPR 501; the proponent agency is DCSPER. | | 1. NUMBER<br>— 02896 |
|---|---|---|

| 2. INSTALLATION OR HEADQUARTERS OFFICE<br>U.S. Army Engineer District, Baltimore | 3. ORGANIZATIONAL LOCATION *(Compl*<br>Executive Office    TAB #4 |
|---|---|

| 4. CITATION TO APPLICABLE STANDARD AND THE DATE OF ISSUANCE<br>USOPM PCS FOR GS-318, JAN 79.<br>Typing & Steno GEG, Nov 90. | 5. TITLE<br>Secretary (Stenography) |
|---|---|

| 6. PAY SCHEDULE | 7. OCC CODE | 8. GRADE |
|---|---|---|
| GS | 318 | 10 |

| 9. FAIR LABOR STANDARDS ACT<br>☒ EXEMPT    ☐ NONEXEMPT | 10. COMP LEVEL<br>0001 |
|---|---|

**11. EVALUATION APPROVAL**

TITLE, PAY SCHEDULE, OCC CODE, AND GRADE OF THIS JOB HAVE BEEN FIXED IN ACCORDANCE WITH OFFICIAL POLICY AND GRADE LEVEL STANDARDS

*Mary Jo Hofmann*

MARY JO HOFMANN
*(Signature)*

24 December 1991
*(Date)*

**12. JOB CONTENT APPROVAL *(COMPLETE ON ORGANIZATION COPY ONLY)***

a. I CERTIFY THAT THIS IS AN ACCURATE STATEMENT OF THE MAJOR DUTIES AND RESPONSIBILITIES OF THIS POSITION AND ITS ORGANIZATIONAL RELATIONSHIPS AND THAT THE POSITION IS NECESSARY TO CARRY OUT GOVERNMENT FUNCTIONS FOR WHICH I AM RESPONSIBLE. THIS CERTIFICATION IS MADE WITH THE KNOWLEDGE THAT THIS INFORMATION IS TO BE USED FOR STATUTORY PURPOSES RELATING TO APPOINTMENT AND PAYMENT OF PUBLIC FUNDS AND THAT FALSE OR MISLEADING STATEMENTS MAY CONSTITUTE VIOLATIONS OF SUCH STATUTES OR THEIR IMPLEMENTING REGULATIONS.

*[signature]* LTC AAE
*(Signature of Approving Supervisor)*

24 Dec 1991
*(Date)*

b. THIS JOB DESCRIPTION WITH SUPPLEMENTAL MATERIAL IS ADEQUATE FOR PURPOSE OF EVALUATION.

*Mary Jo Hofmann*

MARY JO HOFMANN
*(Signature of Position Classification Specialist)*

24 DECEMBER 1991
*(Date)*

**13. STATEMENT OF DUTIES AND RESPONSIBILITIES**

A. **MAJOR DUTIES**

Provides administrative assistance and secretarial support to the District Engineer, U.S. Army Engineer District, Baltimore. The organization has both military and civil-funded projects encompassing a large geographic area. Projects undertaken by the Baltimore District are usually highly visible and frequently controversial, generating interest from private, local, state, and federal government levels. Projects undertaken by the District for foreign governments, by their nature, must be handled in a highly sensitive manner. Subject position is established using MAN-ON-THE-JOB criteria. The incumbent has directly impacted this position. When the position is vacated the job will most likely revert back to a lower grade.

02896

*108*

A FORM 374
JUN 76

PREVIOUS EDITIONS OF THIS FORM MAY BE USED.

Exhibit 2

--Administrative Assistance: Based on a substantive knowledge of the District's past and present programs, works closely with the District Engineer to accomplish the work of the District.

a) Secures and summarizes for the DE information from documents, file copies, statistical and narrative data, regulations, etc. from both the immediate office and from the Division/Staff Offices within the district. Analyzes data and summarizes information for the District Engineer. Prepares in draft form and discusses with the DE, special one time and recurring statistical, graphic, and narrative reports on various topics. Reviews drafts of speeches developed for the District Engineer to assure consistency with DE's views/policies. Meets with the District Engineer to understand command policies, priorities, and program/project concerns. Discusses with the DE the sensitivity of projects and key local/state/federal/foreign government officials directly involved. Contact local/state/federal/foreign/ government officials of the District Engineer providing information requested of the Baltimore District. Through knowledge of specific programs, personally answers many questions on specific projects and more general questions regarding the organization and its program operations. Reviews the District's quarterly Command Management Review Report and brings to the attention of the DE any questionable areas or trends. Attends meetings as required with the District Engineer and provides information on various agenda topics. Consult with the District Engineer and Division Chiefs regarding appropriate protocol at official conferences, high-level staff visits and ground breakings to include which officials should attend as well securing the attendance of prominent officials at such ceremonies. Analyzes various reports prepared in the office and those reports submitted by Division/Staff Offices for compliance with requirements. Brings to the District Engineer's attention any problem areas detected and considered out of the ordinary. Determines and directs Division/Staff Offices if a requirement for an Executive Summary on correspondence is needed or other clarifying information is required. Direction given to Division/Staff Offices is based on the knowledge of the DE's policies, directives, and instructions from past experiences and current views on issues and programs.

b) Applies a basic knowledge of administrative concepts, principles, and practices sufficient to perform independent analysis of the cost, benefits and confidential issues involved with proposed equipment/software for shared electronic calendars among the Executive Office and Division/Office Chief level staff; the improvement of employee early dismissal procedures including improving the communication among the staff elements involved in the emergency notification tree; improvement of procedures involving the Executive Office transportation support element to include formal schedule pick-ups by that element; study of correspondence control procedures in the District to include the control of sensitive congressionals. Establishes records management filing systems and correspondence procedures within the Executive Office. Reviews work products of the office and provides guidance on clerical, administrative and District Engineers command policies as necessary. Manages Executive Office Budget. Ensures execution of all key initiatives to include ADP improvements. Ensures no overruns occur.

*109*                                                                    60%

02896

2

02896

--Office Manager/Secretarial Responsibilities: Receives and screens calls and visitors to the office. Personally answers many questions regarding the District, program operations, historical information, commander's policies and priorities, etc. Also, works with callers/visitors to resolve conflicts in schedules, commitments, etc. without prior approval of the District Engineer. Refers only those calls requiring superior's action to him and refers the remainder to the proper individual. Attends all major staff meetings and reads all incoming correspondence, both routine and non-routine to keep abreast of the current events in the District. Prepares answers to routine and non-routine correspondence as required. For more sensitive issues, prepares correspondence in draft. Meets with the District Engineer to discuss the issues and independently finalizes the correspondence. Manages workflow and assign responsibilities to admin. staff of Executive Office to fully support DE, DDE-M, DDE-C, and EA. Serves as a team leader over the secretarial staff in the Executive Office, trains newly assigned secretarial personnel, directs the clerical work of the office, provides guidance to office personnel on such topics as travel, clerical procedures, time and attendance, and suspenses. Reviews all outgoing correspondence prepared for the District Engineer's signature for conformance with his policies, factual correctness, proper format, grammar, typographical accuracy, proper security markings and proper coordination. Manage flow of all documents to ensure proper review by DDE's and preparing staff before presentation to District Engineer for signature. Corrects grammatical errors to ensure consistently high quality of written correspondence preparation. Ensures rapid processing to provide timely communications with customers. Returns material to secretarial staff, as necessary. Maintains calendar for the District Engineer and schedules appointments or conferences without prior clearance based on knowledge of relative priority or importance of request/caller on supervisor's availability. Provide long term perspective and counsel on the workings of the district, assist in evaluating systems to maximize responsiveness and effectiveness. Reminds supervisor of appointments and appropriate time, and briefs District Engineer on subject matter to be discussed. Plans and makes travel arrangements and large conferences for the District Engineer. Contacts necessary officials at local, state, federal and international government levels as appropriate to make necessary arrangements. Discusses matters such as topics and issues to be covered. Gives background information to outside officials as required and discusses and relays issues with the District Engineer.

                                                                          40%

Performs other duties as assigned.

//0

02896



02896

B.  FACTORS

1.  Knowledge Required by the Position - Level 1-6; 950 points
    Knowledge Type IV.

    -- Knowledge of the historical data, command goals, priorities,
commitments, and policies of the District Engineer to perform
non-routine assignments such as researching, analyzing and drafting
responses on status of District projects/programs and reviewing draft
outlines of speeches on topics required for the DE's use.

    -- Knowledge of overall District functions, sensitive and
non-sensitive programs; and projects, policies and views of the
District and District Engineer to communicate and furnish
explanatory/clarifying information to individuals from local, state,
federal, and foreign governments on projects and programs of the
District.

    -- Knowledge of basic administrative concepts and skill in
managing an office to develop/adapt policies or procedures to improve
the efficiency of the Executive Level staff of the District.

    -- Skill in advising and instructing subordinate District staff
concerning required reporting and general administrative procedures
and policies of the District Engineer.

    -- Skill in taking and transcribing dictation.  A qualified
stenographer is required.

    -- Skill in operating various office automation equipment/
software such as a word processor, electronic calendar, data base
systems, etc.  A qualified typist is required.

    -- Knowledge of grammar, spelling, punctuation, and established
correspondence formats.

Work Situation C

The District is large in size and is organized into various major
subordinate divisions, branches, and units and numerous field
installations involved in construction management, park management,
water quality and water control missions.  The Office also includes
organizations responsible for staff support functions such as
Logistics, Information Management, and Human Resources.  Projects
undertaken by the District include:  work for foreign governments,
such as Israel and the Republic of Germany; non-DOD federal agencies,

4

02896

*///*

02896

such as the Environmental Protection Agency; work within the
Department of Defense; and work for states, such as civil-funded cost
sharing water projects.  Coordination is complex due to the high
profile projects undertaken within the District that requires
continuous monitoring and responsiveness to external parties.  There
is extensive interest in projects from all levels of government,
state, local and federal as well as foreign governments.

Factor 2.  Supervisory Controls  Level 2-4; 450 points

-- Incumbent works under the general supervision of the District
Engineer who is frequently away from the office.  The District
Engineer sets overall objectives.  The incumbent plans and carries
out the work of the office, resolves most of the conflicts which
arise, coordinates the work of others, and analyzes and interprets
policy in terms of established objectives.  At District staff
meetings, the incumbent notes commitments made and follows up to see
that the commitments are implemented.  Completed work is reviewed in
terms of effectiveness in meeting requirements and objectives.

Factor 3.  Guidelines  Level 3-3; 275 points

-- In addition to guidelines such as dictionaries, style manuals,
and agency instructions, guidelines for this position also include
written and unwritten policies and rules of thumb established by the
District Engineer.  The incumbent analyzes and interprets these
guidelines to specific situations.  The incumbent also analyzes
results, recognizes the need for changes to be made, and in briefings
with the District Engineer recommends changes.

Factor 4.  Complexity  Level 4-3; 150 points

-- The work includes various duties involving different and
unrelated processes and methods.  The incumbent must identify and
understand the interrelationships between the various procedures and
controls, between the operations of the District and the foreign/
federal/state/local governments as well as the public and private
sector.  Decisions regarding what needs to be done are based on the
secretary's years of experience and indepth knowledge of the
policies, priorities, and goals of the District Engineer and its
corporate leadership.

112

02896

02896

Factor 5.   Scope and Effect   Level 5-2; 150 points

     -- The secretary to the District Engineer serves an office that
clearly and directly affects a wide range of operations in other
agencies as well as a large segment of the public (e.g. the
Districts' Regulatory Program).  Through detailed experience and
knowledge of the District, the incumbent modifies and devises methods
and procedures that significantly and consistently affect the
accomplishment of the mission of the Executive Office and its
supporting Divisions.  The incumbent identifies and resolves various
problems and situations that affect the orderly and efficient flow of
work in transactions with parties outside the organization.  The
identification and resolution of problems sensitive in nature has a
direct effect on the Baltimore District's reputation and the
accomplishment of its mission.

Factor 6.   Personnel Contacts   Level 6-4; 110 points

     -- Contacts include members of Congress; high ranking officials
at NAD and USACE; leading representatives of foreign governments that
have projects with the Corps; agencies outside the Department of
Defense such as the State Department and Environmental Protection
Agency; state and local governments as well as private and public
organizations.  Generally the contacts are made in an unstructured
setting and require tact and diplomacy to accomplish the assignment.

Factor 7.   Purpose of Contacts   Level 7-2; 50 points

     -- The purpose of contacts is to relay the District Engineer's
views on key issues, clarify purpose of visits or trips, transmits
answers to questions raised on trips and follow up on commitments
made.  Other reasons for the contacts also include:  making travel
and conference arrangements for those officials coming into the
District or for the District Engineer's travels outside the Baltimore
commuting area, scheduling conferences at mutually convenient times,
protocol, etc.

Factor 8.   Physical Demands   Level 8-1; 5 points

     -- The work requires walking, standing, bending, and carrying of
light items but is primarily sedentary in nature.

Factor 9.   Work Environment   Level 9-1; 5 points

     -- The work is generally performed in an office setting.  On
occasion the incumbent may be required to attend meetings outside the
office with the District Engineer.

1195 subj total
+ 950 tot
2145 tot

02896

113