As discussed earlier under "Position Management", the organization of work and the assignment of duties and responsibilities to positions are the responsibilities of agency managers and supervisors. This includes the requirement to assure that work is organized in an efficient and cost-effective manner and that the skills and abilities of employees are used to the fullest extent possible. Assignment of work that results in a higher grade based on duties performed less than a majority of time generally is not efficient or cost-effective.

### K. *Impact of the Person on the Job*

The duties and responsibilities of a position may change over time. For the most part these changes result from reorganizations, new or revised organizational responsibilities or missions, and changes in technology. Sometimes, however, the unique capabilities, experience, or knowledge a particular employee brings to the job can also have an effect on the work performed and therefore on the classification of the position.

While it is the position which is classified, the relationship of the employee to the position can be recognized when the performance of the incumbent broadens the nature or scope and effect of the work being performed. For example, exceptional ability of the employee may lead to the attraction of especially difficult work assignments, unusual freedom from supervision, special authority to speak for and commit the agency, continuing contribution to organizational efficiency and economy, recognition as an "expert" sought by peers, or similar considerations. Such changes affect the difficulty of work or the responsibility and authority given the employee and can be recognized in the position classification decision. Job changes resulting from the individual impact of an employee should be recorded to distinguish the position from descriptions of other positions.

When significant changes in work occur for any of the kinds of reasons mentioned above, the classification of the position (title, series, and grade) should be reviewed and revised as needed.

When a position which has been affected by the impact of an individual is vacated, it should normally revert to its original classification.

### L. *Interdisciplinary Professional Positions*

An interdisciplinary professional position is a position involving duties and responsibilities closely related to more than one *professional* occupation. As a result, the position could be classifiable to two or more professional occupational series. The nature of the work is such that persons with education and experience in either of two or more professions nay be considered equally well qualified to do the work. For example, the duties of a position assigned research work in the environmental responses of certain living organisms may be accomplished by an employee trained in either biology or physiology. Thus, the position could be classified to either the General Biological Science Series, GS-401, or to the Physiology Series, GS-413.

Interdisciplinary positions generally fall into one of the following two categories:

Exhibit 3

235

#43