TAB #11

CEIG-A (20-1g)                                                                 4 November 1999

MEMORANDUM FOR THE ENGINEER INSPECTOR GENERAL

SUBJECT: Position Classification and Staffing Requirements Inspection

1. You are directed to conduct a systemic inspection of civilian classification and staffing requirements within the U.S. Army Corps of Engineers.

2. Your inspection will evaluate the organization's commitment to accurate position classification/grading and the responsible exercise of delegated classification authority. You will also analyze the consistency of staffing as required by pertinent regulatory and doctrinal guidance provided by the Department of the Army.

3. HQUSACE staff and subordinate headquarters will provide advice, information and assistance as necessary to ensure a thorough inspection. DCSRM will provide personnel to assist in the staffing analysis, and DCSHR will provide the necessary classifiers for the review of position classifications.

4. You are to provide a written report of the inspection to me by April 2000. The report will include findings and recommendations for improving the accuracy of position classification within the Corps of Engineers, the exercise of delegated classification authority by the Corps commanders and managers, and the staffing efficiency.

/s/
JOE N. BALLARD
Lieutenant General, USA
Commanding

118                                          Enclosure 1
                                             Exhibit 4