187

# DEPARTMENT OF DEFENSE

# OFFICE OF COMPLAINT INVESTIGATIONS

## TESTIMONY OF BARBARA CLEMENS

Taken on

January 30, 2002

U.S. Army Engineer District - Baltimore

Baltimore, Maryland

For The Record, Inc.
Waldorf, Maryland 20602
(301)870-8025

Exhibit 7

203

1    a few of those.  And I can't put a number to them.

2         Q.   Speaking specifically to the Baltimore Corps

3    here, Ms. Haught's position, what is your knowledge of

4    the audit of her position?

5         A.   Okay.  I'm going to go back and recall -- the

6    review, but we had --

7         Q.   All right.  I'll find it.

8         A.   No.  That's okay.  Mr. Marion Mozer was the

9    contracted classifier and he came in and he conducted the

10   interview by himself.  I stayed out of the way of all of

11   the professional folks, because there wasn't any value

12   added I could add to their work load.

13        And his conclusion was that all three of the

14   jobs that he looked at were properly graded.  And we rode

15   back together in his car back to Virginia and we

16   discussed it in the car and he thought -- he just felt

17   that way.  And then, when we collected his written

18   material, his written material said that.  He thought all

19   three positions were properly graded.

20        Q.   Okay.  So then what happened?

21        A.   Well, eventually, the inspection ended.  We

204

1    rolled up all the -- you know, we collected all the

2    documents from all the augmentees.  HR wanted -- human

3    resources wanted to take a look at it, which was fine.

4         Dr. Susan Duncan thought that if -- in fact,

5    there's an e-mail to that effect somewhere.  If you're

6    out in the field, any of these -- any of these people

7    working as classifiers would always have a supervisory

8    authority double check their work.  And so she thought in

9    this case that needed to be done.

10        And in our minds that sounded good, too,

11   because we had all these indeterminates.  We had all

12   these things that hadn't reached conclusion.  So all 205

13   positions, the whole mess of them, were taken over to HR

14   for their review.

15        Q.   And that would be HR where?

16        A.   At headquarters.  U.S. Army Corps of Engineers.

17        Q.   Would that be Mr. Richardson's office?  Wayne

18   Richardson.

19        A.   Oh, no.  No.  Not at all.  That was --

20             MS. HAUGHT:  Susan Duncan's.

21             THE WITNESS:  Yeah.  Susan Duncan was the