| ORGANIZATION | INCUMBENT TITLE | CURRENT SERIES | DCA OR RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|
| Mil Programs | Program Manager | GS-340-15 | GS-340-15 | MF | Same |
| Small Business | Sopv. Procure Anal. | GS-1102-15 | GS-1102-15 | JL | Same |
| Civil Works | Supv. Civil Engr | GS-810-15 | GS-810-15 | WD | Same |
| Mil Programs | General Engineer | GS-0801-15 | GS-0801-15 | DY | Same |
| Research & Dev. | Environ. Engineer | GS-819-15 | GS-819-14 | ME | Change Grade |
| Civil Works | Civil Engineer | GS-810-15 | GS-810-15 | CB | Same |
| Civil Works | Economist | GS-110-15 | GS-110-15 | NS | Same |
| Civil Works | Biologist | GS-401-15 | GS-401-15 | CA | Same |
| Civil Works | Supv. Civil Engr | GM-810-15 | GS-810-14 | SJ | Change Grade |
| Mil Programs | Civil Engineer | GM-810-15 | GS-810-15 | KD | Same |

215

Exhibit 8

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR | RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|---|
| Norfolk | | Chief Counsel | GM-905-15 | | GS-905-15 | MT | Same |
| Norfolk | | Admin Assistant | GS-301-09 | | GS-301-08 | MT | Change Grade |
| Norfolk | | Financial Mgr | GM-505-14 | | GS-505-14 | SJ | Same |
| Norfolk | | Admin Spt Asst | GS-303-07 | | GS-303-07 | SJ | Same |
| Norfolk | | Civil Engr Tech | GS-802-13 | | GS-802-13 | SJ | Same |
| Norfolk | | Environ. Scientist | GS-401-13 | | GS-401-13 | SJ | Same |
| Norfolk | | Project Engineer | GS-801-13 | | GS-801-13 | WD | Same |
| Norfolk | | Project Engineer | GS-801-13 | | GS-801-13 | WD | Same |
| Norfolk | | Civil Engineer | GS-810-13 | | GS-801-13 | WD | Same |
| Norfolk | | Civil Engineer | GS-810-13 | | GS-810-13 | KD | Same |
| Norfolk | | Civil Engineer | GS-810-13 | | GS-810-13 | KD | Same |
| Norfolk | | Mechanical Engr | GS-801-13 | | GS-801-13 | KD | Same |
| Norfolk | | Architect | GS-807-13 | | Undetermined | KD | Undetermined |
| Baltimore | | Contract Spec | GS-1102-14 | Yes | GS-1102-14 | MM | Same |
| Baltimore | | Secretary | GS-318-08 | Yes | GS-318-08 | MM | Should be a GS-7 |
| Baltimore | | Secretary | GS-318-10 | | GS-318-10 | MM | Should be a GS-9 |

216

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR | RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|---|
| Jacksonville | | Legal Inst Examin | GS-963-08 | Yes | GS-963-08 | MT & NS | Same |
| Jacksonville | | Legal Inst Examin | GS-963-08 | Yes | GS-963-08 | MT & NS | Same |
| Jacksonville | | Legal Inst Examin | GS-963-08 | Yes | GS-963-08 | MT & NS | Same |
| Jacksonville | | Legal Inst Examin | GS-963-08 | Yes | GS-963-08 | MT & NS | Same |
| Jacksonville | | Legal Inst Examin | GS-963-08 | Yes | GS-963-08 | MT & NS | Same |
| Jacksonville | | Legal Inst Examin | GS-963-08 | Yes | GS-963-08 | MT & NS | Same |
| Charleston | | Secretary | GS-318-08 | | GS-318-08 | MT | Same |
| Charleston | | Attorney | GS-905-15 | | GS-905-15 | MT | Same |
| Charleston | | Regulatory Asst | GS-303-07 | | GS-303-07 | MT | Same |
| Charleston | | Financial Mgr | GS-505-13 | | GS-505-13 | NS | Same |
| Charleston | | Civil Engineer | GS-810-13 | | GS-810-13 | NS | Same |
| Charleston | | Civil Engineer | GS-810-13 | | GS-810-13 | NS | Same |
| Charleston | | Supv Civil Engr | GS-810-15 | | GS-810-14 | NS | Rewrite JD |
| Charleston | | Program Manager | GS-340-15 | | Undetermined | NS | Should be a GS-14 |
| Charleston | | Lead Civil Engr | GS-810-13 | | GS-810-13 | CA | Same |
| Charleston | | Civil Engineer | GS-810-13 | | Undetermined | CA | Undetermined |
| Charleston | | Civil Engineer | GS-810-13 | | GS-810-13 | CA | Same |
| Charleston | | Civil Engineer | GS-810-13 | | GS-810-13 | CA | Same |
| Mobile | | Secretary | GS-318-08 | | GS-318-08 | MT | Same |
| Mobile | | Chief Counsel | GS-905-15 | | GS-905-15 | MT | Same |

217

| | | | Mobile |
|---|---|---|---|
| | | | Mobile |
| | | | Mobile |
| | | | Mobile |
| | | | Mobile |
| | | | Mobile |

| Position | Grade | Grade | Initials | Status |
|---|---|---|---|---|
| Project Manager | GS-810-13 | GS-810-13 | WD | Same |
| Project Manager | GS-810-13 | GS-810-13 | WD | Same |
| Civil Engineer | GS-810-13 | GS-810-13 | KD | Same |
| Environ. Engineer | GS-819-13 | GS-819-12 | KD | Change Grade |
| Supv Park Mgr | GS-810-15 | GS-810-15 | SJ | Same |
| Clerk | GS-303-06 | GS-303-06 | SJ | Same |

218

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|
| Louisville | | Secretary | GS-318-08 | GS-318-07 | MT | Change Grade |
| Louisville | | Secretary | GS-318-06 | GS-318-06 | MT | Same |
| Louisville | | Chief Ops Div | GS-1301-15 | GS-1301-15 | MT | Same |
| Louisville | | Civil Engineer | GS-810-13 | GS-810-13 | NS | Same |
| Louisville | | Project Engineer | GS-801-13 | GS-801-13 | NS | Same |
| Louisville | | Project Engineer | GS-801-13 | GS-801-13 | NS | Same |
| Louisville | | Project Engineer | GS-801-13 | GS-801-13 | NS | Same |
| Louisville | | Outreach Coord. | GS-301-13 | Undetermined | CA | *Should be GS-12.* |
| Louisville | | Civil Engineer | GS-810-13 | GS-810-12 | CA | Change Grade |
| Louisville | | Realty Officer | GS-1170-15 | GS-1170-14 | CA | Change Grade |
| Louisville | | Architect | GS-808-13 | GS-808-13 | WD | Same |
| Louisville | | General Engineer | GS-801-13 | GS-801-13 | WD | Same |
| Louisville | | Environ. Engineer | GS-819-13 | GS-819-13 | WD | Same |
| Louisville | | Environ. Engineer | GS-819-13 | GS-819-12 | WD | Change Grade |
| Louisville | | General Attorney | GS-905-15 | GS-905-15 | MT | Same |
| Nashville | | Secretary | GS-318-08 | GS-318-08 | MT | Same |
| Nashville | | Civil Engineer | GS-810-13 | GS-810-13 | NS | Same |
| Nashville | | Lead Geologist | GS-1350-13 | GS-1350-13 | NS | Change to Supervisor |
| Nashville | | Lead Biologist | GS-401-13 | GS-401-13 | CA | Same |
| Nashville | | Lead Hydrolic Engr | GS-810-13 | GS-810-13 | CA | Same |

219

| | | | | | | |
|---|---|---|---|---|---|---|
| Nashville | Supv Biologist | GS-401-15 | | GS-401-15 | WD | Same |
| Nashville | Admin Assistant | GS-303-07 | | GS-303-05 | WD | Change Grade |
| Nashville | Project Engineer | GS-801-13 | | GS-801-13 | WD | Same |
| Nashville | Project Engineer | GS-801-13 | | GS-801-13 | WD | Same |

220



MViD

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|
| MVD | | Pub Affairs Spec | GS-1035-14 | Undetermined | MT | Undetermined |
| MVD | | Realty Spec | GS-1170-14 | GS-1170-14 | SJ | Same |
| MVD | | Civil Engineer | GS-810-14 | GS-810-14 | KD | Same |
| MVD | | Contracting Spec | GS-1102-14 | GS-1102-14 | WD | Same |
| Rock Island | | Resource Manager | GS-505-14 | GS-505-14 | DY | Same |
| Rock Island | | Supv. Ops Div | GS-810-15 | GS-810-15 | DY | Same |
| Rock Island | | Secretary | GS-318-08 | GS-318-08 | AS | Same |
| Rock Island | | Secretary | GS-318-05 | Undetermined | DY | GS-05 supportable |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-12 | CB | GS-13 supportable |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-12 | CB | GS-13 supportable |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-13 | DY | Same |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-12 | CB | GS-13 supportable |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-13 | CB | Same |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-13 | LG | Same |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-13 | DY | Same |
| Rock Island | | Civil Engineer | GS-810-13 | GS-810-13 | LG | Same |
| Vicksburg | | Chief Counsel | GS-905-15 | GS-905-15 | MT | Same |
| Vicksburg | | Secretary | GS-318-08 | GS-318-08 | MT | Same |
| Vicksburg | | Office Assistant | GS-303-06 | GS-303-06 | KD | Same |
| Vicksburg | | Environ. Engineer | GS-819-13 | GS-819-13 | KD | Same |

221

| Location | Position | Grade | Grade | Initials | Change |
|---|---|---|---|---|---|
| Vicksburg | Park Manager | GS-0025-15 | GS-0025-15 | KD | Same |
| Vicksburg | Project Manager | GS-801-13 | GS-801-13 | WD | Same |
| Vicksburg | Project Manager | GS-801-13 | GS-801-13 | WD | Same |
| Vicksburg | Project Manager | GS-810-13 | GS-801-13 | WD | Same |
| Vicksburg | Lead Civil Engr | GS-810-13 | GS-810-13 | SJ | Same |
| Vicksburg | Lead Civil Engr | GS-810-13 | GS-810-13 | SJ | Same |
| Vicksburg | Lead Civil Engr | GS-810-13 | GS-810-13 | SJ | Same |
| Vicksburg | Lead Civil Engr | GS-810-13 | GS-810-12 | SJ | Change Grade |

222

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR | RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|---|
| NWD | | Realty Officer | GS-1170-14 | | GS-1170-14 | LG | Same |
| NWD | | Civil Engineer | GS-810-14 | | GS-810-14 | DY | Same |
| NWD | | Civil Engineer | GS-810-14 | | GS-810-14 | LG | Same |
| Seattle | | Resource Mgr | GS-505-14 | | GS-505-14 | DY | Same |
| Seattle | | Supervisor | GS-810-15 | | GS-810-15 | LG | Same |
| Seattle | | Secretary/Admin | GS-318-08 | | GS-318-08 | LG | Same |
| Seattle | | Secretary | GS-318-07 | | GS-318-07 | DY | Same |
| Seattle | | Environ Spec | GS-0028-13 | | GS-0028-13 | LG | Same |
| Seattle | | Project Engineer | GS-801-13 | | GS-801-13 | LG | Same |
| Seattle | | Environ Engineer | GS-819-13 | | Undetermined | DY | Misassigned |
| Seattle | | Environ Engineer | GS-819-13 | | GS-819-13 | DY | Same |
| Seattle | | Computer Spec | GS-334-13 | | GS-334-13 | MM | Same (DOE) |
| Seattle | | Architect | GS-808-13 | | GS-808-13 | DY | Same |
| Seattle | | Civil Engineer | GS-810-13 | | GS-810-13 | MM | Same |
| Seattle | | Civil Engineer | GS-810-13 | | GS-810-13 | MM | Same |
| Seattle | | Project Engineer | GS-801-13 | | GS-801-13 | MM | Change to Supervisor |
| Seattle | | Civil Engineer | GS-810-13 | | GS-810-13 | MM | Same |
| Seattle | | Program Manager | GS-301-13 | Yes | GS-301-12 | LG | Change Grade |
| Walla Walla | | Power Opns Spec | GS-1601-12 | Yes | GS-1712-12 | MM | Change Series |
| Omaha | | Chief Counsel | GS-905-15 | | GS-905-15 | MT | Same |

| Location | Title | Grade | | Grade | Init | Comment |
|---|---|---|---|---|---|---|
| Omaha | Secretary | GS-318-08 | | GS-318-08 | MT | Same |
| Omaha | Civil Engineer | GS-810-13 | | GS-810-13 | MT | Same |
| Omaha | General Atty | GS-905-14 | Yes | GS-905-14 | MT | Same |
| Omaha | Civil Engineer | GS-810-13 | | GS-810-13 | KD | Same |
| Omaha | Environ. Engineer | GS-819-13 | | GS-819-13 | KD | Same |
| Omaha | Environ. Engineer | GS-819-13 | | GS-819-13 | KD | Same |
| Omaha | Civil Engineer | GS-810-13 | | GS-810-13 | KD | Same |
| Omaha | Environ. Engineer | GS-819-13 | | GS-819-13 | KD | Same |
| Omaha | Civil Engineer | GS-810-13 | | GS-810-13 | KD | Same |
| Omaha | Supv Civil Engr | GS-802-13 | Yes | GS-802-13 | WD | Same |
| Omaha | Physical Scientist | GS-1301-13 | | GS-1301-13 | WD | Same |
| Omaha | Architect | GS-807-13 | | GS-807-12 | WD | Change Grade |
| Omaha | Civil Engineer | GS-810-13 | | GS-810-13 | WD | Same |
| Omaha | Admin Asst | GS-303-07 | | GS-303-07 | WD | Same |
| Omaha | Lead Civil Engr | GS-810-13 | Yes | Undetermined | SJ | *GS-12 supportable* |
| Omaha | Lead Civil Engr | GS-810-13 | Yes | Undetermined | SJ | *GS-12 supportable* |
| Omaha | Environ. Engineer | GS-819-13 | | GS-819-13 | SJ | Same |
| Omaha | Environ. Engineer | GS-819-13 | | GS-819-13 | SJ | Same |
| Omaha | Mechanical Engr | GS-830-13 | | GS-830-13 | SJ | Same |
| Omaha | Civil Engineer | GS-810-13 | | GS-810-13 | SJ | Same |

224

*SPD*

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR | RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|---|
| SPD | | Lead Gen Engr | GS-810-14 | | GS-810-14 | JL | Same |
| SPD | | Electrical Engr | GS-850-14 | | GS-850-14 | JV | Same |
| SPD | | Realty Sp. | GS-1170-14 | | GS-1170-13 | JV | Change Grade |
| SPD | | General Engr | GS-801-14 | | GS-810-14 | MF | Same |
| SPD | | Program Analyst | GS-343-12 | Yes | GS-301-09 | MF | Change Series/Grade |
| Sacramento | | Bldg Mgt Specialist | GS-1176-09 | Yes | GS-1176-09 | JL | Same |
| Sacramento | | Equipment Sp | GS-1670-09 | Yes | GS-1670-09 | JL | Same |
| San Francisco | | PPM | GS-340-14 | | GS-340-15 | MF | *GS-14 supportable* |
| San Francisco | | Plan & Eng Div | GS-401-14 | | GS-15 | MF | *GS-14 supportable* |
| San Francisco | | Secretary | GS-318-08 | | GS-318-08 | AS | Same |
| San Francisco | | Secretary | GS-318-05 | | GS-318-05 | JV | Same |
| San Francisco | | General Engr | GS-801-13 | | GS-801-13 | JL | Same |
| San Francisco | | General Engr | GS-801-13 | | GS-801-13 | JL | Same |
| San Francisco | | General Engr | GS1301-13 | | GS-1301-12 | JL | Change Grade |
| San Francisco | | Chief Counsel | GS-905-15 | | GS-905-15 | AS | Same |
| San Francisco | | General Atty | GS-905-13 | Yes | GS-905-13 | AS | Same |
| Los Angeles | | Trans Asst | GS-2012-06 | Yes | GS-303-06 | MF | Change Series |
| Los Angeles | | Civilian Pay Tech | GS-0500-07 | Yes | GS-544-06 | JV | Change Grade |
| San Francisco | | General Engr | GS-801-14 | Yes | GS-801-14 | MF | Same |
| Los Angeles | | Fin Mgmt Analyst | GS-501-11 | | GS-501-09 | JV | Change Grade |

| Location | Title | Grade | | Code | Initials | Action |
|---|---|---|---|---|---|---|
| Los Angeles | Paralegal Sp | GS-950-07 | Yes | GS-950-09 | AS | Change Grade |
| Albuquerque | PPM | GS-810-15 | | GS-810-14 | MF | Change Grade |
| Albuquerque | Supv Engr | GS-340-15 | | GS-340-14 | JL | Change Grade |
| Albuquerque | Secretary | GS-318-08 | | GS-318-08 | AS | Same |
| Albuquerque | Office Auto Clerk | GS-326-04 | | GS-326-04 | AS | Same |
| Albuquerque | Project Manager | GS-801-13 | | GS-801-13 | MF | Same |
| Albuquerque | Project Engr | GS-801-13 | | GS-801-13 | MF | Same |
| Albuquerque | Project Manager | GS-801-13 | | Undetermined | MM | Misassigned |
| Albuquerque | Structural Engr | GS-810-13 | | GS-810-13 | JL | Same |
| Albuquerque | Civil Engr | GS-810-13 | | GS-810-13 | MM | Same |
| Albuquerque | Supply Mgmt Sp | GS-2003-09 | Yes | GS-2001-09 | MM | Change Series |



226

SWD

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR | RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|---|
| SWD | | Appraiser | GS-1171-14 | Yes | GS-1171-13 | DY | Change Grade |
| SWD | | Civil Engineer | GS-810-14 | Yes | GS-810-14 | DY | Same |
| SWD | | Pers. Mgt. Sp | GS-201-13 | Yes | GS-201-12 | CB | Change Grade |
| Ft. Worth | | Engineer Tech | GS-802-06 | Yes | GS-802-06 | AS | Same |
| Ft. Worth | | Realty Officer | GS-1170-15 | Yes | GS-1170-14 | LG | Change Grade |
| Ft. Worth | | Realty Officer | GS-1170-14 | Yes | GS-1170-13 | LG | Change Grade |
| Ft. Worth | | General Engineer | GS-810-13 | Yes | GS-810-12 | LG | Change Grade |
| Little Rock | | Purchasing Agent | GS-1105-10 | Yes | GS-1102-10 | CB | Change Series |
| Little Rock | | Operations | GS-810-15 | | GS-15 | MF | Same |
| Tulsa | | Admin Assistant | GS-303-07 | | GS-303-07 | AS | Same |
| Tulsa | | Project Engineer | GS-801-13 | | GS-801-13 | MF | Same |
| Tulsa | | Project Engineer | GS-801-13 | | GS-801-13 | MF | Same |
| Tulsa | | Environmental Eng | GS-819-13 | | GS-819-13 | JL | Same |
| Tulsa | | Environmental Eng | GS-819-13 | | GS-819-12 | JL | Change Grade |
| Tulsa | | Environmental Eng | GS-819-13 | | GS-819-13 | JL | Same |
| Tulsa | | General Engineer | GS-801-13 | | Undetermined | MM | Possible Overlap |
| Tulsa | | Civil Engineer | GS-819-13 | | GS-810-12 | MF | Change Grade |
| Tulsa | | Biologist | GS-401-13 | | GS-401-13 | MM | Same |
| Tulsa | | Project Engineer | GS-801-13 | | GS-801-13 | JL | Same |
| Tulsa | | Project Engineer | GS-801-13 | | GS-801-13 | MM | Same |

227

| Tulsa |
|-------|
| Tulsa |
| Tulsa |
| Tulsa |
| Tulsa |
| Tulsa |
| Tulsa |
| Tulsa |

| | | | | | |
|---|---|---|---|---|---|
| Civil Engineer | GS-810-13 | | GS-810-13 | MM | Same |
| Civil Engineer | GS-810-13 | | GS-810-13 | MM | Same |
| Economist | GS-110-13 | | GS-110-13 | JL | Same |
| Economist | GS-110-13 | | GS-110-13 | JL | Same |
| Environmental Eng | GS-819-13 | | GS-819-13 | MF | Same |
| Chief Counsel | GS-905-15 | | GS-905-15 | AS | Same |
| Visual Info Sp | GS-1084-12 | Yes | GS-1084-11 | MM | Change Grade |
| Exec. Assistant | GS-301-09 | Yes | GS-318-08 | AS | Change Grade/Series |

228

| ORGANIZATION | INCUMBENT | TITLE | CURRENT SERIES | DCA OR | RECOMMENDED | AUDITOR | COMMENTS |
|---|---|---|---|---|---|---|---|
| Alaska | | Mnagement Analyst | GS-343-12 | Yes | GS-343-11 | JV | Change Grade |
| Alaska | | Budget Analyst | GS-560-12 | Yes | GS-560-11 | MT | Change Grade |
| Alaska | | Budget Officer | GS-560-13 | Yes | GS-560-12 | MT | Change Grade |
| Alaska | | Executive Asst | GS-301-13 | Yes | GS-301-12 | JL | Change Grade |
| Alaska | | Realty Officer | GS-1170-13 | Yes | GS-1170-13 | JV | Same |

229

TAB #44

ADDENDUM

USACE Headquarters was able to obtain information regarding the Engineering Inspector General's (EIG) audit.  The following two pages entitled: "EIG REVIEW OF POSITION CLASSIFICATION", were submitted by Headquarters and capture the results of the Audit.

NOTE:  Statistical Analyses of the Downgrades are as follows:

  38 - Total employees

  13 - Total females (34.2%)

  25 - Total males (65.8%)

   5 - Secretarial (13.2%)

231

# 44

EIG REVIEW OF POSITION CLASSIFICATION

1. What was the selection criteria used to identify positions for audit?

   a. Twelve districts selected, four small, four medium, and four large. Positions audited at these districts included division chiefs; Chiefs, Office of Counsel; Resource Managers; project managers; and administrative positions in the offices of the commanders.

   b. In addition to these audits, all positions allocated by overriding an advisory from the servicing CPOC were audited regardless of their location.

2. How many directed downgrades? 38

3. What were the before and after titles, series and grades of the positions directed to be downgraded? What were the sex and age of the incumbents? The age of the incumbents will be provided as soon as possible. The remainder of this information is shown on the attached listing.

232

EIG REVIEW OF POSITION CLASSIFICATION

| Title, Series, & Grade Before | Title, Series, & Grade Directed | Sex | Age |
|---|---|---|---|
| Environmental Engineer, GS-819-15 | Environmental Engineer, GS-819-14 | M | |
| Supervisory Civil Engineer, GS-810-15 | Civil Engineer, GS-810-14 | M | |
| Secretary, GS-318-8 | Secretary, GS-318-7 | F | |
| Outreach Coordinator, GS-301-13 | GS-301-12 | M | |
| Civil Engineer, GS-810-13 | Civil Engineer, GS-810-12 | M | |
| Realty Officer, GS-1170-15 | Realty Officer, GS-1170-14 | M | |
| Environmental Engineer, GS-819-13 | Environmental Engineer, GS-819-12 | M | |
| Administrative Assistant, GS-303-7 | Administrative Assistant, GS-303-5 | F | |
| Lead Civil Engineer, GS-810-13 | Civil Engineer, GS-810-12 | M | |
| Admin. Asst., GS-301-9 | Secretary, GS-318-8 | F | |
| Architect, GS-807-13 | Architect, GS-807-12 | M | |
| Secretary, GS-318-8 | Secretary GS-318-7 | F | |
| Secretary, GS-318-10 | Secretary, GS-318-9 | F | |
| Program Manager, GS-301-13 | GS-301-12 | F | |
| Architect, GS-807-13 | Physical Scientist, GS-1301-12 | M | |
| Budget Analyst, GS-560-12 | Budget Analyst, GS-560-11 | F | |
| Budget Officer, GS-560-13 | Budget Officer, GS-560-12 | M | |
| Executive Assistant, GS-301-13 | GS-301-12 | F | |
| Management Analyst, GS-343-12 | Management Analyst, GS-343-11 | F | |
| Supv. Civil Engineer, GS-810-15 | Supv. Civil Engineer, GS-810-14 | M | |
| Program Manager, GS-340-15 | Program Manager, GS-340-14 | M | |
| Environmental Engineer, GS-819-13 | Civil Engineer, GS-810-12 | M | |
| Realty Specialist, GS-1170-14 | Realty Specialist, GS-1170-13 | M | |
| Program Analyst, GS-343-12 | Program Analyst, GS-343-11 | M | |
| General Engineer, GS-801-13 | Physical Scientist, GS-1301-12 | M | |
| Civilian Pay Tech, GS-544-6 Target GS-7 | Civilian Pay Technician, GS-544-6 | F | |
| Financial Mgt. Analyst, GS-501-11 | GS-501-9 | F | |
| Appraiser, GS-1171-14 | Appraiser, GS-1171-13 | F | |
| Personnel Mgt Specialist, GS-201-13 | Personnel Mgt Specialist, GS-201-12 | M | |
| Civil Engineer, GS-810-14 | Civil Engineer, GS-810-13 | M | |
| Realty Officer, GS-1170-15 | Realty Officer, GS-1170-14 | F | |
| Realty Officer, GS-1170-14 | Realty Officer, GS-1170-13 | M | |
| General Engineer, GS-801-13 | Civil Engineer, GS-810-12 | M | |
| Environmental Engineer, GS-819-13 | Environmental Engineer, GS-819-12 | M | |
| General Engineer, GS-801-13 | General Engineer, GS-801-12 | M | |
| Civil Engineer, GS-810-13 | Civil Engineer, GS-810-12 | M | |
| Visual Info. Spec., GS-1084-12 | Visual Info. Spec., GS-1084-11 | M | |
| Executive Assistant, GS-301-9 | Secretary, GS-318-8 | F | |

233