

DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
WASHINGTON, D.C. 20314-1000

REPLY TO
ATTENTION OF:
CEHR-E

31 MAY 2000

MEMORANDUM FOR COMMANDER, NORTH ATLANTIC DIVISION

SUBJECT: Position Classification and Staffing Requirements Inspection

1. I directed the IG to conduct a systemic inspection of civilian classification and staffing requirements to determine our commitment to accurate position classification and to ensure delegated classification authority (DCA) has been exercised responsibly. I am encouraged that the results indicate commanders are in fact exercising this authority responsibly.

2. Between 24 January and 10 March 2000, the inspection teams conducted 205 on-site classification evaluations of selected positions to include all commander/manager classification overrides. The evaluations conducted by the teams were forwarded to CEHR for review and action. Those positions determined to be classified incorrectly are identified in Enclosure 1. The required corrective action and the final evaluation statements are at Enclosure 2.

3. Take the necessary action to correct the classification of these positions. Ensure that the immediate supervisors of the positions affected discuss both the corrective action and classification appeal rights with the employees. Provide a copy of the SF50, Notification of Personnel Action, effecting these actions to CEHR-E within 60 days.

4. You should review these classification decisions for identical, similar or related positions throughout your command, to ensure consistency with these decisions. You should also take this opportunity to review position management guidelines to achieve the most efficient and economical position structures. Of particular concern is the number of non-supervisory 13's at district level PPM organizations, where grade-controlling duties are spread thinly to support as many GS-13's as possible. Position management guidelines, which I issued on 2 March 1999, state that all positions should perform grade-controlling duties at least 50 percent of the time. The need to achieve an economical and effective structure is critical to the proper use of limited financial and personnel resources.

5. The point of contact for this action is Arlene Sambrano, 202-761-1769.

2 Encls

JOE N. BALLARD
Lieutenant General, USA
Commanding

/S/

Exhibit 9