TAB #24



**U.S. ARMY CORPS OF ENGINEERS**
NORTH ATLANTIC DIVISION
FORT HAMILTON MILITARY COMMUNITY
GENERAL LEE AVENUE
BROOKLYN, NEW YORK 11252-6700

REPLY TO ATTENTION OF:
CENAD-C

30 JUNE 2000

Memorandum for Commander, U.S. Army Corps of Engineers, Baltimore District,

SUBJECT: Position Classification and Staffing Requirements Inspection

1. References. CENAD-C Memo, 31 May 2000, subject: SAB, (encl)

2. The purpose of this memo is to transmit the results of the March 00, IG inspection of the classification of selected Baltimore District positions. The results require corrective action for two positions. This Division is committed to maintaining accurate classification of its positions and wise exercise of delegated classification authority. I am encouraged that the IG found that commanders in this division are using this authority responsibly and I urge you to maintain the integrity of this process.

3. The guidelines for taking corrective action are enclosed. Request that NLT 15 July 00, you initiate all corrective actions with the CPOC, provide my staff an e-mail describing the actions you have taken, the follow on actions you expect the CPOC to take, and the target date for each action to be finalized.

4. Point of contact for this action is Rosetta Cargin, Personnel Management Specialist, Human Resources Directorate, telephone 718-481-8812.

encls as

for M. STEPHEN RHOADES
Brigadier General, USA
Commanding

COL, EN
Acting Commander

COL BERNICK, CORRECTING ACTION FOR THE GS-10 POSITION SHOULD BE (IAW) THE VERBAL GUIDANCE RECEIVED FROM CE-HR ON 29 JUN 00, AND OUR SUBSEQUENT DISCUSSIONS.

150

#24

Exhibit 10



DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
WASHINGTON, D.C. 20314-1000

REPLY TO
ATTENTION OF:

CEHR-E

31 MAY 2000

MEMORANDUM FOR COMMANDER, NORTH ATLANTIC DIVISION

SUBJECT: Position Classification and Staffing Requirements Inspection

1. I directed the IG to conduct a systemic inspection of civilian classification and staffing requirements to determine our commitment to accurate position classification and to ensure delegated classification authority (DCA) has been exercised responsibly. I am encouraged that the results indicate commanders are in fact exercising this authority responsibly.

2. Between 24 January and 10 March 2000, the inspection teams conducted 205 on-site classification evaluations of selected positions to include all commander/manager classification overrides. The evaluations conducted by the teams were forwarded to CEHR for review and action. Those positions determined to be classified incorrectly are identified in Enclosure 1. The required corrective action and the final evaluation statements are at Enclosure 2.

3. Take the necessary action to correct the classification of these positions. Ensure that the immediate supervisors of the positions affected discuss both the corrective action and classification appeal rights with the employees. Provide a copy of the SF50, Notification of Personnel Action, effecting these actions to CEHR-E within 60 days.

4. You should review these classification decisions for identical, similar or related positions throughout your command, to ensure consistency with these decisions. You should also take this opportunity to review position management guidelines to achieve the most efficient and economical position structures. Of particular concern is the number of non-supervisory 13's at district level PPM organizations, where grade-controlling duties are spread thinly to support as many GS-13's as possible. Position management guidelines, which I issued on 2 March 1999, state that all positions should perform grade-controlling duties at least 50 percent of the time. The need to achieve an economical and effective structure is critical to the proper use of limited financial and personnel resources.

5. The point of contact for this action is Arlene Sambrano, 202-761-1769.

2 Encls

JOE N. BALLARD
Lieutenant General, USA
Commanding

/S/

Classification Case Listing
Baltimore District



Incumbent: Ann Haught
Position: Secretary (Stenography), GS-318-10
Job Number: 02896
Location: Executive Office

Required Action: Correct grade and title

## ASSESSMENT

Background: USACE classification review.

Series and Title Determination: This is a secretarial position. The duties and responsibilities assigned are aligned to the GS-318 series. The position no longer requires stenography and should be changed to reflect the knowledge and skill of office automation. Accordingly, the title of this position is Secretary (OA).

Grade Determination: This position is currently graded based on impact-on-the-person on the job. Job changes resulting from the individual impact of an employee should be recorded to distinguish the position from descriptions of other positions. When a position is affected by the individual, it is graded one grade higher than the original classification. The duties and responsibilities should be reflected in the job description. The evaluation of this position is based on assignment of nine factor levels.

Factor 1. Knowledge Required by the Position --                         FL 1-6       950pts
Assignment of this factor considers the impact of the person on the job. Based on the duties and responsibilities assigned to the incumbent, coupled with what the incumbent brings to this position, Knowledge Type IV with Work Situation C is accurate as currently assigned. Once this position is vacant, it reverts to the appropriate assignment of Knowledge Type III with factor level 1-5 assigned accordingly.

Factor 2. Supervisory Controls --                                        FL 2-4       240pts
This factor level is accurate as assigned.

Factor 3. Guidelines --                                                  FL 3-3       275pts
This factor level is accurate as assigned.

Factor 4. Complexity --                                                  FL 4-3       150pts
This factor level is accurate as assigned.

Factor 5. Scope and Effect --                                            FL 5-2       150pts
This factor level is accurate as assigned.

/152/

Factor 6. Personal Contacts –  FL 6-3   60pts
Assignment of 6-4 is incorrect. The nature of the Corps mission naturally attracts political interest. Baltimore District is no exception, as many of the projects have high visibility and political interest. It is not uncommon for Congressmen and/or members of their staff to call the District Commander, as was shown in the report of calls that come into the district from members of congress. However, situations as these do not meet the intent of 6-4. Factor level 6-4 calls for the secretary to have contacts with high-ranking officials from outside the employing agency at national or international levels in highly unstructured setting. This means that on a continuing basis the secretary is out of the relatively moderate unstructured setting of the office, making substantive contact. Substantive contacts are those such as: attempting to contact officials who are relatively inaccessible (incumbent goes to them, not them to her); regular and extensive coordination is required to make all arrangements for accompanying staff members and; incumbent clarifies the role and authority of each party when it is unclear. These are examples that serve to measure the difficulties of communicating with those contacted. It is not visible in this position. Therefore, factor level 6-4 is not fully met.

Assignment of 6-3 is correct. The incumbent does have regular contact with members of congress and/or their staff, state officials, officials of agency headquarters, and officials of other agencies typically in a moderately unstructured setting. Those contacts are not routine contacts and certainly her knowledge of the district facilitates in determining the nature of the call and to direct the caller to the appropriate person. The purpose and extent of those contacts can vary. By her experience of the district, she can quickly assess the purpose of the call and the role and authority of the party. Her attention in this matter is of great assistance, in serving as the first point of contact to many calls. Her years of communication with members of congress and their staff, no doubt may facilitate the setting up of meetings, etc. However, the degree of substantive contact does not exceed factor level 6-3. Assign 6-3.

Factor 7. Purpose of Contact   FL 7-2   50pts
This factor level is accurate as assigned.

Factor 8. Physical Demands   FL 8-1   5pts
This factor level is accurate as assigned

Factor 9. Work Environment  -   FL 9-1   5pt
This factor level is accurate as assigned.

Total points assigned = 2095
Converts to GS-09

Required Action: Change the parenthetical title to (OA). Revise the job description to reflect appropriate assignment of factor level 6-3. Correct the grade of the job from a GS-10 to GS-09. Once this position is vacant, delete all references to impact-of-person-on-the-job. Revise job description to reflect Knowledge Type III, with factor level 1-5 assigned appropriately. Report corrected action.


/53