TAB #25

CENAB-EX                                                    30 June 2000

MEMORANDUM FOR Ann Haught

SUBJECT: Reclassification of Position

1. This is to advise you that the position you occupy has been reclassified from GS-318-10 to GS-318-09 as a result of a classification review by the HQUSACE. You will be changed in grade from GS-10 to GS-09 with a retained grade of GS-10 for a period of two years effective 16 July 2000. The basic provisions of grade and grade retention are attached for your information (Enclosure 1).

2. The grade of your position was determined by comparing its duties and responsibilities to applicable US Office of Personnel Management (OPM) Position Classification Standards. In this case the duties were evaluated by comparison with the GS-318 series, dated January 1979. As a result, the grade of the position was reclassified to GS-9.

3. In accordance with 5 USC 5361-5366 and 5 CFR 536.103, an action resulting from reclassification entitles the affected employee to retained grade for two years. (Providing the position being reclassified to a lower grade has been classified at a higher grade(s) for a continuous period of at least 1-year immediately before the reduction). Your position has been classified at the current grade level since 24 December 1991.

4. Currently, no vacant GS-10 positions exist for which you qualify. If a vacancy for which you qualify occurs prior to the effective date of this action, you will be offered such position in lieu of placement in the position indicated above. If you are not placed in a position at your current grade level by the effective date of the action, you will be registered in the DoD priority Placement Program, Subprogram R. This is a special subprogram for employees under grade retention for referral within an employee's commuting area. You will be accorded priority placement for appropriate vacancies in accordance with the provisions of the program. You may review the OPM Qualification Standards and the DoD Priority Placement Program procedures by contacting Wayne Richardson, Chief, Human Resources Office at 410 962-2080.

5. You may review the classification standards used to evaluate your position and discuss the classification of your position with the Human Resources Office. You may file a classification appeal, as mentioned in the Northeast Region Civilian Personnel Operations Center's standard operating procedure 690-CL-18, Implementing Classification Appeal Decisions through either DoD or OPM channels (Enclosure 2). Enclosure 3 provides detailed instructions on how to file a classification appeal either to DoD or OPM. The NECPOC has no authority to review the decision of the HQUSACE. If you desire additional information or assistance in submitting a classification appeal you may also contact the HRO.

155

Exhibit 11

6. If there is anything in this letter that you do not understand and wish explained, contact either me or Wayne. You will be provided with a SF 50 (Notification of Personnel Action) on or about 16 July 2000 unless you receive an offer of a position at your current grade level prior to the effective date.

7. You are requested to acknowledge receipt of this memorandum by affixing your signature and date of receipt on the attached copy.

3 Encls

BRUCE A. BERWICK
Colonel, Corps of Engineers
Commander

SIGNATURE: *Ann L. Haught*
Date: *5 July 2000, 6945*

156