Standard Form 52-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

**PART A -- Requesting Office** (Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39)

1. Actions Requested
   ER: RECLASSIFICATION    NTE:

2. Request Number: 00GEHR049158

3. For Additional Information Call (Name and Telephone Number)
   Wayne R. Richardson    410-962-2080

4. Proposed Effective Date: 07-16-00

5. Actions Requested By (Typed Name, Title, Signature, and Request Date)
   Wayne R. Richardson, MGR    07-10-00
   Personnel Officer

6. Action Authorized By (Typed Name, Title, Signature, and Request Date)
   Colonel, Bruce A. Berwick    07-10-00
   District Engineer

**PART B -- Preparation of SF 50** (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): HAUGHT ANN L
3. Date of Birth: 02-03-30
4. Effective Date:

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
| 5-C. Code | 5-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
   SECRETARY (STENOGRAPHY)
   GE02896002

15. TO: Position Title and Number
    SECRETARY (STENOGRAPHY)

| 8. Pay Plan | 9. Occ Code | 10. Grade | 11. Step | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade | 19. Step | 20. Total Salary | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0318 | 10 | 08 | $47,961.00 | PA | GS | 0318 | 09 | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $43,981.00 | $3,980.00 | $47,961.00 | $0.00 | | | | |

Name and Location of Position's Organization
ARMY ENGINEER DISTRICT, BALTIMORE
EXECUTIVE OFFICE
BALTIMORE, MD 21203-1715  E100000

22. Name and Location of Position's Organization
U S ARMY ENGINEER DISTRICT, BALTIMORE
EXECUTIVE OFFICE
BALTIMORE, MD 21203-1715  E100000

**EMPLOYEE DATA**

23. Veteran's Preference: 1
   1-None   3-10 Point/Disability   5-10 Point/Other
   2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30%

24. Tenure: 1
   0-None   2-Conditional
   1-Permanent   3-Indefinite

25. Agency Use:

26. Veteran's Pref for RIF: YES [X] NO

27. FEGLI: E5   BASIC + OPTION C (5X)

28. Annuitant Indicator: 9   NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: 1   CSRS

31. Service Comp. Date: 07-28-54

32. Work Schedule: F   FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied: 1
   1-Competitive Service   3-SES General
   2-Excepted Service   4-SES Career Reserved

35. FLSA Category: N
   E-Exempt   N-Non Exempt

36. Appropriation Code: 70000010000

37. Bargaining Unit Status: 8888

38. Duty Station Code: 240050510

39. Duty Station (City—County—State or Overseas Location): BALTIMORE   BALTIMORE   MD

40. Agency Data
41. OA
42.
43.
44. CE/W2SD01/8888/888

45. Education Level: 07
46. Yr Degree Attained: 47
47. Academic Discipline: 399999
48. Functional Class:
49. Citizenship: 1   1-USA 8-Other
50. Veterans Status: N   NOT A VIETNAM-E
51. Supervisory Status: 8   NON-SUPERVISOR

**PART C -- Reviews and Approval** (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

184

Exhibit 12

2. I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature    Approval Date

CONTINUED ON REVERSE SIDE    OVER    Editions prior to 7/91 Are Not Usable After 6/30/93

**PART D--Remarks by Requesting Office**

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement? If "YES", please state these facts on a separate sheet and attach to SF52.)

☐ YES    ☐ NO

Reason for reclassification - to effect classification results as directed by LTG Ballard's memorandum dated 31 May 2000. Job description remains the same except for grade level assigned.

**PART E-- Employee Resignation/Retirement**

Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reason for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day--midnite--unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, Zip Code) |
|---|---|---|---|
|  |  |  |  |

**PART F-- Remarks for SF 50**

185