341

# DEPARTMENT OF DEFENSE

# OFFICE OF COMPLAINT INVESTIGATIONS

## TESTIMONY OF WAYNE RICHARDSON

Taken on

January 30, 2002

U.S. Army Engineer District - Baltimore

Baltimore, Maryland

For The Record, Inc.
Waldorf, Maryland 20602
(301) 870-8025

Exhibit 13

379

1     Q.   So your first notice of the CPEA audit was on
2  September 18th?
3     A.   Ah, e-mails.  I love e-mails.  Yes.  And I --
4  needless to say, I was quite distressed at that.  I'm
5  trying to remember the name of the guy that called me and
6  I can't even remember.  But I was -- but I thought it was
7  outrageous that they would come and do a desk audit on
8  one day's notice, that they bypassed not only our
9  headquarters office, they bypassed our major subordinate
10 command.
11      Somebody from the Department of Army
12 Headquarters calling directly down to the Baltimore
13 District and demanding that we produce this person --
14 these people the next day, I thought it was absolutely
15 ridiculous.  And I expressed that in no uncertain terms.
16 In fact, to the point where -- where this person reported
17 me to his supervisor for being such a jackass, frankly.
18    Q.   To your knowledge, did CPEA provide any type of
19 written documentation concerning their one day notice to
20 Ms. Haught?
21    A.   Absolutely not.  It was a phone call I got