

DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
111 ARMY PENTAGON
WASHINGTON DC 20310-0111

REPLY TO
ATTENTION OF

October 10, 2000

MEMORANDUM FOR COMMANDING GENERAL, U.S. ARMY CORPS OF ENGINEERS

SUBJECT: U.S. Army Corps of Engineers (USACE) Inspector General Position Classification Review

I tasked my Deputy for Civilian Personnel Policy (DASA(CPP)) to conduct an onsite review of two secretarial positions in the Baltimore District that had been downgraded as a result of a USACE initiative. That review was recently completed and included individual audits with the incumbents. The DASA(CPP) review team determined the grades originally established were correct and should not have been downgraded. The rationale for this determination is enclosed. Because the findings from this review indicated a 100 percent error rate, I am directing the DASA(CPP) to expand his review.

This determination constitutes the final Department of the Army decision on the correct classification of these positions.

You are directed to correct the grades of the positions of the incumbents, Ms. Ann Haught and Ms. Chris Fajkowski, to the grades of GS-10 and GS-08, respectively, retroactive to the effective date of the error, July 16, 2000.

Patrick T. Henry
Assistant Secretary of the Army
(Manpower and Reserve Affairs)

Enclosure

237

Exhibit 14


Printed on Recycled Paper