Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

<head><title>SF50 History Database</title></head>

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|
| HAUGHT ANN L | | 02-03-30 | 07-16-00 |

**FIRST ACTION** / **SECOND ACTION**

| 5-A. Code | 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 001 | CANCELLATION | 740 | PSN CHG |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| UNM | DA LETTER DATED OCTOBER 11,2000 | N2M | REG 335.102 |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | VQJ | 5 U.S.C. 5362(B) |

7. FROM: Position Title and Number

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization

**EMPLOYEE DATA**

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use

26. Veterans Preference for RIF: YES [X] NO

27. FEGLI: E5 BASIC + OPTION C (5X)

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: B

30. Retirement Plan: 1 CSRS

31. Service Comp. Date (Leave): 07-28-54

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period

**POSITION DATA**

34. Position Occupied: 1 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)

35. FLSA Category: N (E - Exempt; N - Nonexempt)

36. Appropriation Code: AMS: 700000.10000 APC

37. Bargaining Unit Status: 8888

38. Duty Station Code: 24-0050-510

39. Duty Station (City-County-State or Overseas Location): BALTIMORE BALTIMORE MD

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| TLS | PON #OA | | | TDA DATA CB/W2SD01/8888/888 |

45. Remarks

CANCELS THIS ACTION IN ITS ENTIRETY BECAUSE REVIEW CONCLUDED GRADE SHOULD BE RESTORED

46. Employing Department or Agency: DEPT OF THE ARMY

50. Signature/Authentication and Title of Approving Official: Electronically Signed JENNIFER EYET-KUNKEL PERSONNEL ASSISTANT

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| ARCE | 1962 | 10-23-00 |

TURN OVER FOR IMPORTANT INFORMATION

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30
NSN 7540-01-333-623

Exhibit 15