

DEPARTMENT OF DEFENSE
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
COLUMBIA CORPORATE PARK I
8850 STANFORD BOULEVARD, SUITE 3200
COLUMBIA, MARYLAND 21045-4653


FACT-FINDING CONFERENCE

In the Complaint of

ANN L. HAUGHT               LOCAL DOCKET NO: AUGEFO0009A0100

CONVENED A T

**U.S. ARMY ENGINEER DISTRICT - BALTIMORE**
**BALTIMORE, MARYLAND**

on

**JANUARY 3 O , 2002**

**BEFORE:**

DIANA J. BLEVENS
Investigator
OCI-Columbia
Columbia Corporate Park I
8850 Stanford Boulevard, Suite 3200
Columbia, Maryland 21045-4753

10

1   situated employees who were treated more favorably than
2   you were.
3          MR. MCHUGH:      Just for the sake of expediency, I
4   have --this is an extra copy of the counselor's report
5   and I don't know if you --I take it you have all yours
6   tabbed. I just tabbed them by fives, by the exhibit
7   numbers. That might help the witnesses as we go along,
8   because I'm sure we'll be going to the various exhibits.
9   So that, Ms. --anybody can use it. There is nothing in
10  here, other than the original counselor's report.
11         THE INVESTIGATOR:      Okay. Thank you.
12  Whereupon,
13                      **ANN L. HAUGHT** ,
14  a witness, called for examination, having first been duly
15  sworn, was examined and testified as follows:
16                      **EXAMINATION**
17         BY THE INVESTIGATOR:
18      Q.    Ms. Haught, would you please state your full
19  name.
20      A.    Ann L. Haught.
21      Q.    Okay. And what is your position, title, pay

11

1    plan, occupational series, and grade?
2         A.    I'm an executive secretary. My series is a GS-
3    318.  I'm a Grade 10, Step 10.  Is that all you asked me
4    or --
5         Q.    Uh-huh.
6         A.    Okay.
7         Q.    And how long have you been in that position?
8         A.    I've been in the Executive Office for about 40
9    years.  And the Grade 10 for about ten or 11.  I'm really
10   not quite sure.  It's somewhere in there.
11        Q.    And, organizationally, where specifically do
12   you work?
13        A.    In the Executive Office.
14        Q.    Of the?
15        A.    Right here in the Baltimore District.
16        Q.    Corps of Engineers?
17        A.    Corps of Engineers. Yes.
18        Q.    Okay. And how long have you worked for the
19   organization?
20        A.    I think it's 48 years.
21        Q.    Forty-eight years?

12

1.    A.    Yes.

2    Q.    And would you please state your gender?

3.    A.    I am a female.

4    Q.    And please state your age and your date of
5    birth?

6    A.    I'm 71. I was born in February the 3rd, 1930.
7    I tend to forget.

8    Q.    And who are your first and second level
9    supervisors?

10    A.    I just have one supervisor.

11    Q.    Okay.

12    A.    And that's Colonel Fiala, Charles Fiala, and he
13    is the district engineer here.

14    Q.    Okay. Could you spell that, please?

15    A.    That's F-i-a-l-a.

16    Q.    F-i-a --

17    A.    --a-l-a.

18    Q.    And he is the district engineer?

19    A.    Yes.

20    Q.    And you said he's a colonel?

21    A.    Yes.

16

1    Ann," which I did.  Then proceeded to say, "In w of my

2    husband's health" -- he's still living.  He's fine.  And

3    he has had --

4         Q.    Your --he's referring to your husband?

5         A.    My husband. In view of my husband's health and

6    my children, he really thought that I should retire and

7    stay home and spend more time with my husband and

8    children, which shocked me because I consider myself an

9    excellent wife and mother.  And that --I didn't know

10   where he was coming from with that.

11        Q.    Okay.

12        A.    And --I'm so nervous.  Went on to say that he

13   wanted me to leave.  He thought that we should go out

14   together, that I knew so many more people in the Corps of

15   Engineers than he did, and it would be a great, glorious

16   farewell, because he didn't know all that many people.

17   Don't ask me why. This is what the man said.

18   And then --

19        Q.    So he wanted you two to retire together?

20        A.    Yes.   That's what he said, which --then he

21   also said he didn't know who my new boss was --was going

1    That I should retire when I was darn good and ready. And
2    that's exactly what I said to him, and I didn't want to
3    talk about it anymore, and I didn't.
4    Q. Okay.
5         A.    And he said, "Well, you're going to hear from
6    me again. "And sure enough, on the 11th of January, he
7    called me in again.
8         Q.    Okay. So were there any discussions between 30
9    March 1999 --
10        A.    No.
11        Q.    --and 11 January 2000?
12        A.    No.  No.
13        Q.    No? He never said anything to you after that?
14        A.    No, he didn't.  Not to me.
15        Q.    All right.
16        A.    And then on the 11th of January, he called me
17   in again and again he hit me with I should retire. Not
18   based on work performance.
19   By this I'm thinking, is it because I'm a
20   woman?  Is it because of my age?  I don't know why. He
21   never said why. And that was in January.

1      In March ~- I guess it was the following March.

2           Q.     2000?

3           A.     Along comes the audit.. And I thought, gee,

4      does one have something to do with the other? I mean, I

5      --I was chosen, out of 1,200 people.  And two females,

6      both in the same office. It didn't seem right to me.

7      And, I mean, of course I started thinking, put the two

8      together, and --is that --am I supposed to say any

9      more?

10          Q.     Yeah. Keep going.

11          A. I don't know what else to say.

12          Q. Well I need you to --I need you to come up

13     with this improper desk audit procedures.

14          A.     All right.  Now, as far as the desk audit is

15     concerned, I can get into this. I was never given a

16     piece of paper that said, "Mrs. Haught, you are going to

17     be audited by the EIG."  Never given a piece of paper.

18     The first I heard of it and Tom brought it up

19     today, was he had a --an e-mail addressed to Colonel

20     Berwick from the EIG that said, "Guess what? Your

21     secretary will be audited."  And this is well after I

For The Record, Inc.
Waldorf, Maryland 20602
(301)870-8025

1   to get our appeal rights," because I certainly thought
2   that I did not want to take this lying down, because I
3   didn't believe that I should have been downgraded. And I
4   think I asked three times and then, finally --finally,
5   we were given our appeal rights.
6       But for me to have to ask for them on top of
7   everything else was certainly not right.
8       Q.    But according to the record, your appeal rights
9   were provided to you on June the 30th with your
10  notification.
11      A.    That's July the 5th. July the 5th.  In fact,
12  in my records, I have a little note, "Received July the
13  5th."
14      Q.    Is that when you received the official
15  notification?
16      A.    Yes. July the 5th.
17      Q.    Okay. So you received the appeal rights with
18  your notification?
19      A.    Yes.  After I asked for it many times.  We were
20  told we were downgraded and I kept saying, "Well, can you
21  give us our appeal rights," because I'd like to know what

43

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | By a long hard fight that had nothing to do |
| 3 | with the Corps of Engineers. | |
| 4 | Q. | What do you mean? |
| 5 | A. | Okay. I wrote a letter to Senator Sarbanes. I |
| 6 | wrote a letter to Senator Mikulski, who in turn took a | |
| 7 | --'took it seriously and asked CPEA – | |
| 8 | Q. | What is CPEA? |
| 9 | A. | That's Civilian Personnel Evaluation, maybe, |
| 10 | Administration. Something like that. They're the | |
| 11 | auditors or classifiers for the Corps --for the Army, I | |
| 12 | guess. And they were asked to audit all of us who were | |
| 13 | downgraded by this rare, if not --this EIG audit. And | |
| 14 | 40 of us were downgraded by this and I got my grade back | |
| 15 | and the other lady in the office got hers back, and I | |
| 16 | don't know how many other. We were never told of the 40 | |
| 17 | who were downgraded across the country, how many had | |
| 18 | gotten their grades back. I'm hoping all of them did. | |
| 19 | Q. | So they looked at everybody? |
| 20 | A. | Everybody who was downgraded. Yes, they did. |
| 21 | Q. | And the record shows there were 38 other – |

467

| | |
|---|---|
| 1 | CERTIFICATE OF REPORTER |
| 2 | |
| 3 | I, Dan Wilson, do hereby certify that the |
| 4 | foregoing proceedings were electronically recorded by me |
| 5 | via audiotape and reduced to typewriting under my |
| 6 | supervision; that I am neither counsel for, related to, |
| 7 | nor employed by any of the parties to the action in which |
| 8 | these proceedings were transcribed; that I am not a |
| 9 | relative or employee of any attorney or counsel employed |
| 10 | by the parties hereto, nor financially or otherwise |
| 11 | interested in the outcome in the action. |
| 12 | |
| 13 | |
| 14 | |
| 15 | _____/s/_____ |
| 16 | DAN WILSON |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

For The Record, Inc.
Waldorf, Maryland 20602
(301)870-8025