<u>Affidavit of Ann L. Hau.ght</u>

I, Ann L. Haught, the undersigned, declare the following:

1. I am a witness of lawful age having personal knowledge of the facts stated herein.

2. I have been employed by the U.S. Army Corps of Engineers in the Executive Office for the past forty years.

3. Sometime in March 2000, I learned that an audit was going to be conducted to determine if I would maintain my pay grade.

4. On July 5, 2000, I received notice that I was to be demoted from GS-l 0 pay grade to GS-9.

5. After learning of the demotion, I discovered that my salary would go from $57,329.00 to $52,058 per year.

6. The pay downgrade would result in a one percent annual decrease in cost of living adjustments to her pension benefits.

7. Upon learning of the potential loss of earnings and benefits, I was humiliated, suffered pain and mental anguish and was extremely concerned about my financial well being.

_____/s/_____
Ann L. Haught

In accordance with 28 U.S.C. § 1746, I declare under the penalties and perjury and upon personal knowledge that the contents of the foregoing declaration are true and correct.

July 7, 2003
Date

Ann L. Haught
Ann L. Haught