UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ANN L. HAUGHT, <br> 9130 Santa Rita Road <br> Baltimore, Maryland 21236 | * <br> * <br> * |
| Plaintiff, | * |
|  | *   C.A. No.: WDQ-02-3919 |
| v. | * |
| THOMAS E. WHITE, Secretary <br> DEPARTMENT OF THE ARMY <br> 101 Army Pentagon, N. W. <br> Washington, D. C. 20310-0101 | * <br> * <br> * |
| Defendant. | * <br> * |

## ORDER

Upon consideration of Defendant's Motion to Dismiss or for Summary Judgment and the Plaintiff's response and having found that the Plaintiff suffered an adverse employment action, it is this ___ day of July, 2003, hereby,

**ORDERED**, that the Defendant's Motion to Dismiss or for Summary Judgment is **DENIED**.

_____
William D. Quarles, Jr., Judge, United States District Court